No. 93–1823. MISSOURI ET AL. *v.* JENKINS ET AL. (two cases). C. A. 8th Cir. Certiorari granted. Brief of petitioners is to be

filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 8, 1994. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 6, 1994. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 20, 1994. This Court's Rule 29.2 does not apply.